Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

November 5, 2025

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE ANGEL NAVARRO HERNANDEZ,
2. LUIS HUMBERTO LAMAS GUZMAN,
3. EDUARDO MANUEL VILLAVICENCIO SALIDO,
4. PEDRO GUZMAN TAPIA,
5. SYLVESTRE RAMOS,
6. FABIAN MORALES MEDINA,
7. JOSE SANDOVAL ZUNIGA, and
8. EDGAR RIVAS ROBLES,

    Defendants.

NO. CR25-213 JNW

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

## COUNT 1

**(Conspiracy to Distribute Controlled Substances)**

Beginning at a time unknown, and continuing until at least October 28, 2025, in King, Snohomish, and Lewis Counties, within the Western District of Washington, and

Superseding Indictment - 1
United States v. Navarro Hernandez, et al., CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

elsewhere, JOSE ANGEL NAVARRO HERNANDEZ, LUIS HUMBERTO LAMAS GUZMAN, EDUARDO MANUEL VILLAVICENCIO SALIDO, PEDRO GUZMAN TAPIA, SYLVESTRE RAMOS, FABIAN MORALES MEDINA, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: methamphetamine, heroin, cocaine, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to JOSE ANGEL NAVARRO HERNANDEZ, EDUARDO MANUEL VILLAVICENCIO SALIDO, PEDRO GUZMAN TAPIA, and SYLVESTRE RAMOS, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

The Grand Jury further alleges that with respect to LUIS HUMBERTO LAMAS GUZMAN, his conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

The Grand Jury further alleges that with respect to JOSE ANGEL NAVARRO HERNANDEZ and LUIS HUMBERTO LAMAS GUZMAN, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B).

Superseding Indictment - 2
*United States v. Navarro Hernandez, et al.*, CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that with respect to JOSE ANGEL NAVARRO HERNANDEZ, EDUARDO MANUEL VILLAVICENCIO SALIDO and SYLVESTRE RAMOS, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

The Grand Jury further alleges that with respect to LUIS HUMBERTO LAMAS GUZMAN, and FABIAN MORALES MEDINA, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B).

The Grand Jury further alleges that with respect to JOSE ANGEL NAVARRO HERNANDEZ and SYLVESTRE RAMOS, and their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## COUNT 2

### (Conspiracy to Deal Firearms Without a License)

Beginning at a time unknown, and continuing until at least October 28, 2025, in King, Snohomish, and Lewis Counties, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ, LUIS HUMBERTO LAMAS GUZMAN, EDUARDO MANUEL VILLAVICENCIO SALIDO, FABIAN MORALES

Superseding Indictment - 3
United States v. Navarro Hernandez, et al., CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

MEDINA, JOSE SANDOVAL ZUNIGA, and others known and unknown, did knowingly and intentionally conspire to deal firearms without a license.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), and Title 18, United States Code, Section 371.

## COUNT 3

**(Distribution of a Controlled Substance)**

On or about September 19, 2024, in Snohomish County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and LUIS HUMBERTO LAMAS GUZMAN, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: heroin and fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 4

**(Distribution of a Controlled Substance)**

On or about October 2, 2024, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and EDUARDO MANUEL VILLAVICENCIO SALIDO, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: methamphetamine and fentanyl, substances controlled under Title 21, United States Code.

Superseding Indictment - 4
*United States v. Navarro Hernandez, et al.,* CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and (C), and Title 18, United States Code, Section 2.

## COUNT 5

**(Distribution of a Controlled Substance)**

On or about October 22, 2024, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and LUIS HUMBERTO LAMAS GUZMAN, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: methamphetamine, cocaine, and fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and (C), and Title 18, United States Code, Section 2.

## COUNT 6

**(Distribution of a Controlled Substance)**

On or about October 29, 2024, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and EDUARDO

Superseding Indictment - 5
*United States v. Navarro Hernandez, et al.,* CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

MANUEL VILLAVICENCIO SALIDO, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: methamphetamine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 7

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about November 17, 2024, in Lewis County, within the Western District of Washington, and elsewhere, EDUARDO MANUEL VILLAVICENCIO SALIDO, and others known and unknown, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: methamphetamine and fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

Superseding Indictment - 6
*United States v. Navarro Hernandez, et al.*, CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 8

**(Distribution of a Controlled Substance)**

On or about December 18, 2024, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and PEDRO GUZMAN TAPIA, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: methamphetamine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 9

**(Distribution of a Controlled Substance)**

On or about January 28, 2025, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and EDUARDO MANUEL VILLAVICENCIO SALIDO, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that offense involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl.

Superseding Indictment - 7
*United States v. Navarro Hernandez, et al.*, CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### COUNT 10

**(Distribution of a Controlled Substance)**

On or about April 3, 2025, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and EDUARDO MANUEL VILLAVICENCIO SALIDO, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: cocaine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

### COUNT 11

**(Distribution of a Controlled Substance)**

On or about June 12, 2025, in Snohomish County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ and SYLVESTRE RAMOS, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: methamphetamine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

Superseding Indictment - 8
*United States v. Navarro Hernandez, et al.*, CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 2:25-cr-00213-JNW    Document 55    Filed 11/05/25    Page 9 of 16

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 12

**(Distribution of a Controlled Substance)**

On or about August 13, 2025, in Snohomish County, within the Western District of Washington, and elsewhere, LUIS HUMBERTO LAMAS GUZMAN, FABIAN MORALES MEDINA and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that offense involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### COUNT 13

**(Distribution of a Controlled Substance)**

On or about August 27, 2025, in King County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ, and others known and unknown, did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, including: heroin, a substance controlled under Title 21, United States Code.

Superseding Indictment - 9
*United States v. Navarro Hernandez, et al.*, CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 14

### (Unlawful Possession of a Firearm - Felon)

On or about August 27, 2025, in King County, within the Western District of Washington, JOSE ANGEL NAVARRO HERNANDEZ, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

- Violation of the Uniform Controlled Substances Act: Possess with Intent to Deliver Methamphetamine, in King County Superior Court for the State of Washington, under case number 10-C-04447-3-SEA, on or about August 5, 2010,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: an SCCY model CPX-2 9mm semiautomatic pistol, that had been shipped and transported in interstate and foreign commerce.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offenses alleged in Counts 1 and 2 (Conspiracy to Distribute Controlled Substances and Conspiracy to Deal Firearms without a License).

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 15

### (Possession of a Controlled Substance with Intent to Distribute)

On or about October 28, 2025, in Snohomish County, within the Western District of Washington, and elsewhere, LUIS HUMBERTO LAMAS GUZMAN, and others known and unknown, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: heroin, a substance controlled under Title 21, United States Code.

Superseding Indictment - 10
United States v. Navarro Hernandez, et al., CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that the offense involved 100 grams or more of a mixture and substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 16

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about October 28, 2025, in Snohomish County, within the Western District of Washington, and elsewhere, EDUARDO MANUEL VILLAVICENCIO SALIDO, and others known and unknown, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 17

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about October 28, 2025, in Snohomish County, within the Western District of Washington, and elsewhere, JOSE ANGEL NAVARRO HERNANDEZ, SYLVESTRE RAMOS, and others known and unknown, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a

Superseding Indictment - 11
*United States v. Navarro Hernandez, et al.*, CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

controlled substance, including: methamphetamine, fentanyl, and cocaine, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

The Grand Jury further alleges that this offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 18

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least October 28, 2025, in King and Lewis Counties, within the Western District of Washington, and elsewhere, JOSE SANDOVAL ZUNIGA, EDGAR RIVAS ROBLES, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: heroin and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to JOSE SANDOVAL ZUNIGA and EDGAR RIVAS ROBLES, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 400 grams or more of a mixture and substance

Superseding Indictment - 12
*United States v. Navarro Hernandez, et al.*, CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A).

The Grand Jury further alleges that with respect to JOSE SANDOVAL ZUNIGA, his conduct as a member of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT 19

### (Possession of a Controlled Substance with Intent to Distribute – Centralia Property)

On or about October 28, 2025, in Lewis County, within the Western District of Washington, and elsewhere, JOSE SANDOVAL ZUNIGA, EDGAR RIVAS ROBLES, and others known and unknown, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that this offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 18 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

//

//

//

Superseding Indictment - 13
*United States v. Navarro Hernandez, et al.*, CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 20

**(Possession of a Controlled Substance with Intent to Distribute –**

**Sammamish Residence)**

On or about October 28, 2025, in King County, within the Western District of Washington, and elsewhere, JOSE SANDOVAL ZUNIGA, and others known and unknown, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: heroin and fentanyl, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl and 100 grams or more of a mixture and substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 18 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT 21

**(Possession of a Controlled Substance with Intent to Distribute –**

**GMC Truck)**

On or about October 28, 2025, in King County, within the Western District of Washington, and elsewhere, JOSE SANDOVAL ZUNIGA, and others known and unknown, did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: fentanyl, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

Superseding Indictment - 14
United States v. Navarro Hernandez, et al., CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 18 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 – 21 of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses alleged in Counts 1, 3 – 13, and 15 – 21, JOSE ANGEL NAVARRO HERNANDEZ, LUIS HUMBERTO LAMAS GUZMAN, EDUARDO MANUEL VILLAVICENCIO SALIDO, PEDRO GUZMAN TAPIA, SYLVESTRE RAMOS, FABIAN MORALES MEDINA, JOSE SANDOVAL ZUNIGA, and EDGAR RIVAS ROBLES shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of either of the offenses alleged in Counts 2 and 14, JOSE ANGEL NAVARRO HERNANDEZ, LUIS HUMBERTO LAMAS GUZMAN, EDUARDO MANUEL VILLAVICENCIO SALIDO, FABIAN MORALES MEDINA, and JOSE SANDOVAL ZUNIGA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

//
//
//
//

Superseding Indictment - 15
United States v. Navarro Hernandez, et al., CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 11/5/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
CHARLES NEIL FLOYD
United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
C. ANDREW COLASURDO
Assistant United States Attorney

Superseding Indictment - 16
United States v. Navarro Hernandez, et al., CR25-213 JNW
USAO No. 2024R01294

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970