THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDGAR RIVAS ROBLES,<br>Defendant. | No. CR25-213-JNW-8<br><br>ORDER FOR TIMOTHY LOHRAFF TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE CJA COUNSEL |

THE COURT has considered the unopposed motion for Timothy Lohraff to withdraw as counsel for Edgar Rivas Robles and for appointment of substitute CJA counsel along with the records in this case.

IT IS ORDERED that Timothy Lohraff is permitted to withdraw as counsel in this matter. New counsel shall be appointed to represent Mr. Rivas Robles from the CJA Panel.

DONE this 21st day of August 2026.

JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Federal Defender



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**